Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
Eastern Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 17 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

Rodne' Davis-Mogb
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Murray Bresky         -v-
Joe Frank Sanderson
Dean Kilpatrick
Robin Robinson
Lana Craytell
M.B. Processing (Murrays Chicken) + Sanderson Farms Inc.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 2:18cv216-KS-MTP
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☑ No

Emit
R.D.M
12/15/18

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rodne' Davis-Mogb   E.L.L. 7.9.9.5  Monarch 3.8.7 |
| Street Address | 504 Melba Ave |
| City and County | Hattiesburg / Forrest |
| State and Zip Code | MS / 39401 |
| Telephone Number | 845-1777-5010 |
| E-mail Address | Striving573@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Joe Frank Sanderson
- Job or Title (if known): Owner Sanderson Farms
- Street Address: 127 Flynt Rd
- City and County: Laurel / Jones
- State and Zip Code: MS / 39443
- Telephone Number: 800-844-4030
- E-mail Address (if known): —

(5.) Omit
- Name: Perry Houser
- Job or Title: Plant Manager Sanderson Farms
- Street Address: 127 Flynt Rd
- City and County: Laurel / Jones
- State and Zip Code: MS / 39443
- Telephone Number: 800-844-4030
- E-mail Address: —

Defendant No. 2
- Name: Robin Robinson
- Job or Title (if known): Organazational Manager Sanderson Farms
- Street Address: 127 Flynt Rd
- City and County: Laurel / Jones
- State and Zip Code: MS / 39443
- Telephone Number: 800-844-4030
- E-mail Address: —

(8.) Beth McQueen — Omit

Defendant No. 3
- Name: Lana Crandell
- Job or Title (if known): Part Owner M.b. Processing
- Street Address: P.O. Box 805
- City and County: Woodridge / Sullivan
- State and Zip Code: New York / 12789
- Telephone Number: —
- E-mail Address: —

(6.)
- Name: Murray Bresky
- Job or Title: Owner Murrays Chicken
- Street Address: 5190 Main St.
- City and County: South Fallsburg / Sullivan
- State and Zip Code: New York / 12779
- Telephone Number: 845-434-5051

(9.) Cornelius Griffin — Omit

Defendant No. 4
- Name: Sophia Applewhite
- Job or Title (if known): —
- Street Address: 76 Moses Ln
- City and County: Prentiss / Jefferson Davis
- State and Zip Code: MS / 39474
- Telephone Number: —
- E-mail Address: —

(7.)
- Name: Dean (Bresky) Kalpatnick
- Job or Title: Chief Operating Officer
- Street Address: 5190 Main Street
- City and County: South Fallsburg / Sullivan
- State and Zip Code: New York / 12779
- Telephone Number: 845-434-5051

Sanderson Farms Inc
127 Flynt Rd
Laurel, Ms 39443
Ph. 800-844-4030


Murrays Chichen
M. B. Processing
5190 Main Street
South Fallsburg, NY 12789
Ph. 845.434.5051.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title VII Civil Rights Act, American with Disabilities Act 1990 U.S. Code 28 Title 28 Part VI, Defamation, Slander, + emotional distress.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Rodney Davis-Moab, is a citizen of the State of *(name)* Mississippi.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A,
      and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Joe F. Sanderson, is a citizen of the State of *(name)* Mississippi. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation Dean Kilpatrick, Murray Bresk

The defendant, (name) Joe Frank Sanderson, is incorporated under the laws of the State of (name) Mississippi / New York, and has its principal place of business in the State of (name) Mississippi / New York

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) Mississippi / New York

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

The law has been broken.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Q: are around May 12, 2015 I met Lena Crandell (96 Davos Pointe Woodridge, NY + 195 Davos Road Apt 2 Woodridge, NY) she advised me to speak with Dean Kilpatrick (Bresky) who hired me as A supervisor + promoted me to Asst. Plant Manager. He + Murray Bresky Did not tell me of ownership and relations to Ms. Crandell. Dean advised me that Sanderson Farms, Robin Robinson, Joe Frank Sanderson, and Perry Houser who told me if I wanted to work for them I would have to "Suck All ther dick like my dad" Robin Robinson entered my dwelling pretending to be someone else, + Joe Frank + dean Kilpatrick who told me I had to have sex with him to keep my position, and latter offered Joe Sanderson + Dean Kilpatrick has slandered my name in Industry, caused emotion distress treated my family, friends, and "See Attached"
Community and have caused undue hardship + emotional distress while slandering my name, my family, and called Bill Bryant at D.G.Ford + forced him to fire me. Ms. Robinson has defrauded me while entering my dwelling, bribing + tormenting employers to not hire me for personal reasons. Cause I have A child by Joe Sanderson Family Robin Robinson

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

An sent Shipping Mgr. Wilbur Myers to my home in New York. When I was not employed + Mr. Flecher.

I seek 330 million from Sanderson Farms + W.B. Processing Murrays Chicken, in which they sold my business, and failed to inform me I was living with there family members while employed. Joe Sanderson + Sandersons Farms employees, has harrassed me, my family, friends, and his employee Perry Houser aske me if I wanted to work for Sanderson Farms I could suck All dick like my dad did. Dean Kilpatrick, Robin Robinson, Lena Crandell all knowing found me working in mgmt for Highliner Foods in VA, and forced D.G.Foods to fire me. Dean, Joe, + Robin has caused me to end my career in the South, North in Industry by making false claims, of slander, Assault + Libel while stealing business ideas, sologons
and placing employees in my dwelling to steal personal information.
I can never work in Poultry Industry Again. 330 million

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/19/18

Signature of Plaintiff: RDM

Printed Name of Plaintiff: Rodne' Davis - Muqb

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____